# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **PATRICIA KENNEDY,** | : |
| Plaintiff, | : |
| v. | : Case No. 16-82021-CIV-MARRA |
| **SWIN PARTNERS LTD.,** | : |
| Defendant. | : |
| _____/ | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, PATRICIA KENNEDY, hereby gives notice that she has settled this case with the Defendant. After the parties finalize their settlement papers and prerequisites, they will submit the appropriate notice to the Court seeking dismissal of the case.

By: /s/ Jeannette E. Albo
Jeannette E. Albo, Esq.
Fla. Bar No. 0017736
*Of Counsel*
**Thomas B. Bacon, P.A.**
9444 S.W. 69th Ct.
Miami, FL 33156
ph. (305) 502-4593
jalbo@bellsouth.net

Thomas B. Bacon, Esq.
**Thomas B. Bacon, P.A.**
644 No. McDonald St.
Mt. Dora, FL 32757
Ph. 954-478-7811
tbb@thomasbaconlaw.com