UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-82021-CIV-MARRA

PATRICIA KENNEDY, individually,

       Plaintiff,

v.

SWIN PARTNERS LTD.,

       Defendant.
_____/

**FINAL ORDER ENTERING CONSENT DECREE AND DISMISSING CASE**

THIS CAUSE came before the Court on the Stipulation (DE 8) for Entry of Consent Decree and Dismissal of Case with Prejudice, and the Court having reviewed the papers filed in this case, and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1. The Parties' Consent Decree is APPROVED. The Consent Decree is ENTERED henceforth.[1]

2. The above-styled action is hereby DISMISSED with prejudice. Any pending motions are DENIED as moot.

DONE AND ORDERED in Chambers in West Palm Beach, Palm Beach County, Florida, this 7th day of February, 2017.

                                               KENNETH A. MARRA
                                               United States District Judge

---

[1] Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), because the Stipulation was not conditioned upon the entry of an order retaining jurisdiction, the Court cannot retain jurisdiction to enforce the terms of the parties' settlement agreement.